AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>SAMSUNG GALAXY J810M/DS, 32GB, CELLULAR TELEPHONE, SERIAL NUMBER R58M147E4JT, CURRENTLY LOCATED AT HOMELAND SECURITY INVESTIGATIONS SAC DALLAS, 125 EAST JOHN CARPENTER FREEWAY SUITE 800 IRVING TEXAS 75062 | )<br>)<br>)  Case No.  4:20-MJ-515<br>)<br>)  [FILED UNDER SEAL]<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  __Northern__  District of  __Texas__
*(identify the person or describe the property to be searched and give its location)*:
SAMSUNG GALAXY J810M/DS, 32GB, CELLULAR TELEPHONE, SERIAL NUMBER R58M147E4JT, CURRENTLY LOCATED AT HOMELAND SECURITY INVESTIGATIONS, as further described in Attacment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   __8/21/2020__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jeffrey L. Cureton                                                                  .
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  __8/7/2020 @ 10:19 am__                          _____/s/_____
                                                                                                       *Judge's signature*

City and state:  __Fort Worth, Texas__                          __Jeffrey L. Cureton, United States Magistrate Judge__
                                                                                                       *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>4:20-MJ-515 | Date and time warrant executed:<br>8/10/2020 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

1) SAMSUNG GALAXY J810M/DS, 32GB, CELLULAR TELEPHONE, SN R58M147C4JT

   —DATA COULD NOT BE EXTRACTED

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/26/2020

_____
Executing officer's signature

TYLER BOOTH, Special Agent
Printed name and title